AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District C..
Southern District of Tex
FILED
SEP 22 2018
David J. Bradley, Clerk of Court

United States of America
v.

Guillermo Araujo OROZCO

*Defendant(s)*

Case No. B-18-mj-883

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  9/19/2018  in the county of  Hidalgo  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Knowingly and intentionally possess with the intent to distribute approx. 3.5 kgs of heroin, a schedule I controlled substance. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

*Complainant's signature*  TFO

Hector Lopez, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/22/2018

*Judge's signature*

City and state: Brownsville, Texas

Ronald Morgan, US Magistrate Judge
*Printed name and title*

Page 1 of 1

United States
V.
Guillermo Araujo OROZCO

B-18-mJ-883

## ATTACHMENT – A
## (AFFIDAVIT)

On Wednesday, September 19, 2018, at approximately 2:11 PM, Hidalgo County Constable Precinct 4 Deputy Romeo Pena conducted a traffic stop on a silver 2008 Volvo Passenger vehicle, bearing Texas license plate ▇▇▇▇▇▇. Deputy Pena conducted the traffic stop due to the vehicle following too close to other vehicles and changing lanes when unsafe. Contact was made with the sole occupant and driver of the vehicle, identified as Guillermo Araujo OROZCO (Date of birth ▇▇▇▇ 1985). OROZCO was questioned about his whereabouts and ultimate destination prior to the traffic stop. OROZCO initially stated that he was traveling from his residence and was headed to a local Wal-Mart to make a purchase. As the roadside investigation progressed, OROZCO's story changed and deputies observed inconsistencies. OROZCO went on to state that he was coming from a Wal-Mart and since he didn't find what he was looking for, was headed to another Wal-Mart before being stopped by the deputy. Due to OROZCO's inconsistencies in his stories, the Deputy inquired if OROZCO was willing to consent to a search of the vehicle that he was stopped and in control of. OROZCO willingly signed a legal written consent document authorizing the search by deputies. Subsequent to the search, three bundles wrapped in tin foil and in brick like form, were recovered and seized from the trunk of the vehicle that OROZCO was operating. OROZCO was detained for Possession of Controlled Substance and transported to the Hidalgo County HIDTA Task Force Office for further processing at the state level. When given the opportunity to provide a statement regarding his arrest, OROZCO requested a written agreement be given to him by law enforcement for OROZCO's cooperation. OROZCO requested this agreement in writing from investigators to promise to assist OROZCO with his future charges. When OROZCO was advised by investigators that it was not possible to be provided a written agreement, OROZCO invoked his right to console. The bundles that were recovered from the vehicle, which were wrapped in a manner consistent with illegal narcotics, later field tested positive for the presence for heroin. The bundles were also weighed and found to be in total weight of approximately 3.5 kilograms of heroin.

On Friday, September 21, 2018, DEA Task Force Officer Hector Lopez and Special Agent Brennan Brophy consulted with Assistant U.S. Attorney Ana Cano regarding this investigation. It was ultimately determined that the case could be adopted by DEA and presented to a Federal Judge for federal prosecution in an effort to further the investigation.

_____ TFO
*Complainant's Signature*

Hector Lopez, DEA Task Force Officer
*Printed Name and Title*

Sworn to before me, and subscribed in my presence,

Date: September 22, 2018

_____
*Judge's Signature*

City and State: Brownsville, Texas

Ronald G. Morgan, United States Magistrate
*Printed Name and Title*